

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 main | 609.452.1888 fax

www.hillwallack.com

WRITER'S DIRECT DIAL: (609) 734-6395

January 8, 2019

**VIA ECF**

Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 6W
Trenton, New Jersey 08608

      Re:    Par Pharmaceutical, Inc., et al v. Sandoz Inc.
             Civil Action No. 18-14895 (BRM)(DEA)

Dear Judge Arpert:

    This firm, together with Brinks Gilson & Lione, represents defendant Sandoz Inc. in the above-captioned consolidated matter. Sandoz requests that the court set the Initial Scheduling Conference for this case at its earliest convenience. Litigation is already pending over the same Par product, Vasopressin, and same six patents-in-suit in this case in the U.S. District Court for the District of Delaware. *See Par Pharmaceutical, Inc. et al. v. Eagle Pharmaceutical, Inc.*, No. 1:18-cv-00823 (D. Del.) ("the Eagle action"). In order to minimize the timing differences between this case and the Eagle action, Sandoz would like to discuss the appropriate schedule for this case with the Court as soon as possible subject to the Court's convenience.

    Thank you for Your Honor's kind attention to this matter.

                              Respectfully submitted,

                              s/ Christina Saveriano
                              CHRISTINA SAVERIANO


cc:    All counsel of record (via ECF)