

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 main | 609.452.1888 fax

www.hillwallack.com

WRITER'S DIRECT DIAL:  (609) 734-6358

March 21, 2019

**VIA ECF**
The Honorable Douglas E. Arpert
United States District Court
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *Par Pharm., Inc. et al. v. Sandoz Inc.*, No. 3:18-cv-14895-BRM-DEA

Dear Judge Arpert:

    This firm, together with Brinks Gilson & Lione, represents Sandoz Inc. ("Sandoz") in the above-captioned suit.  Pursuant to the Court's March 14, 2019 letter order, the deadline for the parties to "Submit Proposed Discovery Confidentiality Order and ESI Order" is today, March 21, 2019.

    The parties have diligently negotiated regarding the DCO and have reached agreement on all terms except the scope of the regulatory bar, which prevents in-house counsel with access to highly confidential information from preparing or submitting documents to the U.S. Food & Drug Administration.  The parties respectfully seek the Court's assistance in resolving this dispute and request that the Court set April 5, 2019 as the deadline for the submission of a joint letter setting forth the parties' respective positions.

    With respect to the ESI order, the parties have reached an agreement governing ESI, which will be executed between the parties and not require the Court to execute an order.

    Should the requested proposal for letter briefing on the DCO be acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket.  As always, we thank the Court for its attention to this matter and remain available should Your Honor or Your Honor's staff require anything further.

                          Respectfully submitted,

                          /s/Eric I. Abraham
                          Eric I. Abraham

cc:    All Counsel of Record (via e-mail)

HILL WALLACK LLP
ATTORNEYS AT LAW

Page 2

                                      IT IS on this _____ day of March, 2019
                                      SO ORDERED.

                                      _____