

Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
+1  215  994  4000  Main
+1  215  994  2222  Fax
www.dechert.com

**BRIAN GOLDBERG**

brian.goldberg@dechert.com
+1 215 994 2143  Direct
+1 215 655 2143  Fax

**VIA ECF**

The Honorable Douglas E. Arpert
United States District Court
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Par Pharm., Inc. et al. v. Sandoz Inc.*,
       Civil Action No. 3:18-cv-14895-BRM-DEA

Dear Judge Arpert:

Our firm represents Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC (collectively, "Par") in the above-captioned suit.  We write to request an extension to several of the upcoming interim deadlines in this case, which will not affect the overall case schedule.  In particular, Par requests that the Court extend the following case deadlines:

| Event | Present Deadline | Proposed New Deadline |
|---|---|---|
| Par Disclosure of Asserted Claims and Infringement Contentions and Response to Invalidity Contentions  (*see* L.Pat.R. 3.6(g)-(i)) | May 9, 2019 | May 29, 2019 |
| Exchange of Proposed Terms for Constructions  (*see* L.Pat.R. 4.1(a)) | May 23, 2019 | June 10, 2019 |
| Exchange of Preliminary Claim Constructions and Supporting Evidence, and thereafter meet-and-confer to narrow the issues  (*see* L.Pat.R. 4.2(a)) | June 13, 2019 | June 24, 2019 |
| Parties Exchange Intrinsic and Extrinsic Evidence to Oppose Other Party's Claim Constructions, and thereafter meet-and-confer to narrow the issues  (*see* L.Pat.R. 4.2(b)) | June 27, 2019 | July 8, 2019 |



      No subsequent dates need be changed, including without limitation the date for the Markman hearing or final pretrial conference.

      The reason for the request is that our team has multiple trial commitments in the coming weeks that will interfere with our ability to timely meet the existing deadline for disclosure of Par's responsive infringement and validity contentions.  The other deadlines in the chart above are extended to accommodate the extension of that deadline without impacting subsequent case deadlines.  We have conferred with counsel for Defendant Sandoz, Inc. and they consent to the requested extensions.

      If the requested extension meets with Your Honor's approval, we respectfully request that you indicate by signing "So Ordered" on this letter as indicated below.  We are available to discuss the request at Your Honor's convenience should you have any questions or concerns about it.

      Respectfully submitted,

      /s/ *Brian M. Goldberg*

      Brian M. Goldberg

cc:    All Counsel of Record (via ECF and e-mail)

So Ordered:

_____    Dated: _____
Hon. Douglas E. Arpert