

502 Carnegie Center
Suite #104
Princeton, NJ  08540-7814
+1  609  955  3200  Main
+1  609  955  3259  Fax
www.dechert.com

**ROBERT D. RHOAD**

robert.rhoad@dechert.com
+1 609 955 3269  Direct
+1 609 873 9142  Fax

June 5, 2019

**VIA ELECTRONIC FILING**

Hon. Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

Re:  *Par Pharmaceutical, Inc. et al v. Sandoz Inc.*, Civil Action No. 3:18-cv-14895-BRM-DEA

Dear Judge Arpert:

We represent plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC (collectively "Par") in the above-referenced matter.  Par submits this application for the *pro hac vice* admission of Jonathan D.J. Loeb, Blake B. Greene, Daniel R. Roberts, and Luke M. Reilly pursuant to Local Civil Rule 101.1(c).  Counsel for Defendant has consented to this application.

Please find enclosed for Your Honor's consideration the following documents in support of this application:

1. Application and Certification of Robert D. Rhoad In Support of Application for Admission Pro Hac Vice of Jonathan D.J. Loeb, Blake B. Greene, Daniel R. Roberts, and Luke M. Reilly;

2. Certification of Jonathan D.J. Loeb in Support of Application for Admission Pro Hac Vice;

3. Certification of Blake B. Greene in Support of Application for Admission Pro Hac Vice;

4. Certification of Luke M. Reilly in Support of Application for Admission Pro Hac Vice;

5. Certification of Daniel R. Roberts in Support of Application for Admission Pro Hac Vice;



Hon. Douglas E. Arpert, U.S.M.J.
June 5, 2019
Page 2

    6.   Proposed Order;

    7.   Certificate of Service.

Thank you in advance for Your Honor's consideration of this matter.

Respectfully submitted,

*/s/ Robert D. Rhoad*

Robert D. Rhoad

Enclosures

cc:    All Counsel of Record (via ECF and e-mail)