

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL:  (609) 734-6358

June 18, 2019

**VIA EMAIL**
The Honorable Douglas E. Arpert
United States District Court
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:   *Par Pharm., Inc. et al. v. Sandoz Inc.*, No. 3:18-cv-14895-BRM-DEA

Dear Judge Arpert:

This firm, together with Brinks Gilson & Lione, represents Sandoz Inc. in the above-captioned suit.  We write on behalf of all parties to respectfully request an adjournment of the June 19, 2019, 10:30 a.m. status teleconference (Text Order entered April 25, 2019).  The parties have conferred and agree that there are presently no issues ripe for the Court's consideration.  Accordingly, the parties respectfully request that the Court adjourn the June 19, 2019 status teleconference.

Our next status teleconference with Your Honor is scheduled for October 7, 2019.  If any issues arise in the interim, the parties will inform the Court.  Otherwise, we look forward to speaking with Your Honor then.

If this request is acceptable to the Court, we respectfully request that Your Honor sign and enter the below form of endorsement.  We thank the Court for its assistance and cooperation.

Respectfully submitted,

/s/Eric I. Abraham
ERIC I. ABRAHAM

cc:   All Counsel of Record (via e-mail)

SO ORDERED:

_____
Hon. Douglas E. Arpert, U.S.M.J.