

Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
+1  215  994  4000  Main
+1  215  994  2222  Fax
www.dechert.com

---

**BRIAN GOLDBERG**

brian.goldberg@dechert.com
+1 215 994 2143  Direct
+1 215 655 2143  Fax

July 12, 2019

**VIA ECF**

The Honorable Douglas E. Arpert
United States District Court
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Par Pharm., Inc. et al. v. Sandoz Inc.*,
                 Civil Action No. 3:18-cv-14895-BRM-DEA

Dear Judge Arpert:

      Our firm represents Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC (collectively, "Par") in the above-captioned suit.  We write on behalf of the Parties to request an extension of the deadline to submit the L. Pat. R. 4.3 Joint Claim Construction and Prehearing Statement from July 15, 2019, to July 19, 2019.

      The reason for the request is that the Parties are continuing discussions per L. Pat. R. 4.2 to narrow the disputed terms for construction. No subsequent dates need be changed, including without limitation the Markman briefing dates, the date for the Markman hearing or final pretrial conference.

      If the requested extension meets with Your Honor's approval, we respectfully request that you indicate by signing "So Ordered" on this letter as indicated below.  We are available to discuss the request at Your Honor's convenience should you have any questions or concerns about it.



July 12, 2019

                Respectfully submitted,

                /s/ *Brian M. Goldberg*

                Brian M. Goldberg

cc:    All Counsel of Record (via ECF and e-mail)

So Ordered:

_____    Dated: _____
Hon. Douglas E. Arpert