

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL:  (609) 734-6358

October 3, 2019

**VIA ECF**

The Honorable Douglas E. Arpert
United States District Court
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Par Pharm., Inc. et al. v. Sandoz Inc.*,
              Civil Action No. 3:18-cv-14895-BRM-DEA

Dear Judge Arpert:

      This firm, together with Brinks Gilson & Lione, represents Defendant Sandoz Inc. ("Sandoz") in the above-captioned suit.  We write on behalf of Plaintiffs and Sandoz (collectively, the "Parties") to provide Your Honor with a brief status update in advance of the October 7, 2019 teleconference with the Court.  (*See* Dkt. No. 19).

      The only outstanding issue currently ripe for the Court's consideration during the October 7, 2019 conference is Sandoz's informal application to compel production from Plaintiffs.  (*See* Dkt. Nos. 56 & 59).  The Parties are working in good faith to resolve any other issues and are hopeful that we can resolve these without Court intervention.

      We thank the Court for its continued attention to this matter.

                                            Respectfully submitted,

                                            s/s Eric I. Abraham
                                            ERIC I. ABRAHAM

cc:      All Counsel of Record (via ECF and e-mail)