LAW OFFICES
**DECHERT LLP**
A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
502 CARNEGIE CENTER, SUITE 104
PRINCETON, NJ 08540
(609) 955-3200
ATTORNEYS FOR PLAINTIFFS PAR PHARMACEUTICAL, INC.,
PAR STERILE PRODUCTS, LLC, AND
ENDO PAR INNOVATION COMPANY, LLC

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.<br><br>Defendant. | Civil Action No. 3:18-cv-14895-BRM-DEA |

**LOCAL PATENT RULE 4.6 STATEMENT REGARDING CLAIM CONSTRUCTION HEARING**

Pursuant to Local Pat. R. 4.6 and the Court's Scheduling Order (D.I. 19), the parties hereby submit this Joint Statement to the Court regarding the Claim Construction Hearing schedule for this matter.

Claim construction briefing was complete in this case on October 28, 2019 and the parties have conferred regarding the timing and schedule of a claim construction hearing.

The parties propose a total of three (3) hours for the claim construction hearing, which includes 1.5 hours for Plaintiffs and 1.5 hours for Defendant. The parties have agreed that no live testimony will be presented at the hearing.

The parties will be prepared for a claim construction hearing on January 16, 2020, or at the Court's earliest convenience thereafter.

DATED:  November 11, 2019

 /s/ Robert D. Rhoad
Robert D. Rhoad
DECHERT LLP
502 Carnegie Center, Suite #104
Princeton, NJ 08540
Tel: (609) 955-3200
robert.rhoad@dechert.com

Martin J. Black
Sharon K. Gagliardi
Brian M. Goldberg
Luke M. Reilly
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
martin.black@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com
luke.reilly@dechert.com

Jonathan D.J. Loeb, Ph.D
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square
Suite 650
Palo Alto, CA 94306
Tel: (650) 813-4800
jonathan.loeb@dechert.com

/s/ Eric Abraham
Eric I. Abraham
Hill Wallack
21 Roszel Road
Princeton, NJ 08540
eabraham@hillwallack.com
Phone: (609) 924-0808
Fax: (609) 452-1888

Of Counsel:
Mark H. Remus (*pro hac vice*)
Laura A. Lydigsen (*pro hac vice*)
Joshua E. Ney (*pro hac vice*)
Joshua H. James (*pro hac vice*)
Sarah Goodman (*pro hac vice*)
BRINKS GILSON & LIONE
455 North Cityfront Plaza Dr., Suite 3600
Chicago, Illinois 60611-5599
mremus@brinksgilson.com
llydigsen@brinksgilson.com
jney@brinksgilson.com
jjames@brinksgilson.com
sgoodman@brinksgilson.com
Phone: (312) 321-4200

*Attorneys for Defendant Sandoz Inc.*

Blake B. Greene
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
Tel: (512) 394-3000
blake.greene@dechert.com

*Attorneys for Plaintiffs Par Pharmaceutical,
Inc., Par Sterile Products, LLC, and Endo Par
Innovation Company, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2019, I caused a true and correct copy of the foregoing LOCAL PATENT RULE 4.6 STATEMENT REGARDING CLAIM CONSTRUCTION HEARING to be served upon counsel of record via the Court's CM/ECF system.

Dated: November 11, 2019

*/s/ Robert D. Rhoad*
Robert D. Rhoad