

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

January 12, 2020

**VIA ECF**

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    *Re:*    <u>*Par Pharm., Inc. et al. v. Sandoz Inc.*</u>
             *Civil Action No. 3:18-cv-14895-BRM-DEA*

Dear Judge Arpert:

      This firm, together with Brinks Gilson & Lione, represents Defendant Sandoz Inc. ("Sandoz") in the above-captioned suit. We write on behalf of Sandoz and Plaintiffs regarding the status teleconference currently scheduled for 10 a.m. on Monday, January 27, 2020 at 10:00. Judge Martinotti is conducting the Markman hearing in this matter at 9:30 a.m. on Tuesday, January 21, 2020. Subject to Your Honor's availability, all counsel would prefer to convert the January 27 teleconference into an in-person conference on January 21 to commence at the conclusion of the Markman hearing. If that suggestion is acceptable to the Court, we request that Your Honor "So Order" this letter.

                                               Respectfully submitted,

                                               <u>s/s Eric I. Abraham</u>
                                               Eric I. Abraham

cc:    All Counsel of Record (via ECF and e-mail)