

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 main | 609.452.1888 fax

www.hillwallack.com

January 28, 2020

**VIA ECF**

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *Par Pharm., Inc. et al. v. Sandoz Inc.*
               *Civil Action No. 3:18-cv-14895-BRM-DEA*

Dear Judge Arpert:

    This firm, together with Brinks Gilson & Lione, represents Defendant Sandoz Inc. ("Sandoz") in the above-captioned suit.  We write to request a one-week extension of the deadline to amend pleadings or join additional parties as follows:

| Event | Present Deadline | Proposed New Deadline |
|---|---|---|
| Deadline to amend pleadings or join additional parties  (*see* Dkt. 84) | January 29, 2020 | February 5, 2020 |

    No subsequent dates need be changed, including without limitation the date for the close of fact discovery or final pretrial conference.  We have conferred with counsel for Plaintiffs, and they do not oppose the requested extension.

    The reason for the request is to provide Plaintiffs with time to review Sandoz's proposed amendments to its Answer and Counterclaims in order to determine whether Plaintiffs consent to Sandoz's amended Answer and Counterclaims.

    If the requested extension meets with Your Honor's approval, we respectfully request that you indicate by signing "So Ordered" on this letter.  We are available to discuss the request at Your Honor's convenience should you have any questions or concerns about it.

                            Respectfully submitted,

                            /s/ Eric I. Abraham
                            ERIC I. ABRAHAM

cc:    All Counsel of Record (via ECF and e-mail)