Eric I. Abraham (eabraham@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08540
Telephone: (609) 924-0808

Of Counsel
Mark H. Remus (mremus@brinksgilson.com)
Laura A. Lydigsen (llydigsen@brinksgilson.com)
Joshua E. Ney (jney@brinksgilson.com)
Joshua H. James (jjames@brinksgilson.com)
Sarah Goodman (sgoodman@brinksgilson.com)
**BRINKS GILSON & LIONE LLP**
455 N. Cityfront Plaza Drive
Chicago, IL 60611

*Attorneys for Defendant Sandoz Inc*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.<br><br>Defendant. | Civil Action No. 3:18-cv-14895-BRM-DEA<br><br>**NOTICE OF MOTION TO SEAL**<br><br>**Return Date: April 6, 2020**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on April 6, 2020, or as soon thereafter as counsel can be heard, the undersigned attorneys for Defendant Sandoz Inc. in the above captioned matter will move before the United States District Court, District of New Jersey, for an Order to seal portions of the parties' February 21, 2020 joint status report to the Honorable Douglas E. Arpert, U.S.M.J.

(D.E. 99).  This document was filed with redactions on February 21, 2020 pursuant to Local Civil Rule 5.3(c).  (D.E. 99.)

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Civil Rule 7.1(d)(4) and 5.3(c)(1), no legal brief is required, and all relevant information required by Local Civil Rule 5.3(c)(3) has been set forth in the accompanying Declaration of Eric I. Abraham.

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Order is also submitted herewith for the Court's consideration in accordance with Local Civil Rule 7.1(e).

Dated:  March 4, 2020

s/  *Eric I. Abraham*
Eric I. Abraham
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08540
Telephone: (609) 924-0808
eabraham@brinksgilson.com

Of Counsel
Mark H. Remus (*pro hac vice*)
Laura A. Lydigsen (*pro hac vice*)
Joshua E. Ney (*pro hac vice*)
Joshua H. James (*pro hac vice*)
Sarah Goodman (*pro hac vice*)
**BRINKS GILSON & LIONE LLP**
 455 N. Cityfront Plaza Drive
Chicago, IL 60611
mremus@brinksgilson.com
llydigsen@brinksgilson.com
jney@brinksgilson.com
jjames@brinksgilson.com
sgoodman@brinksgirlson.com

*Attorneys for Defendant Sandoz. Inc.*

## CERTIFICATE OF SERVICE

   This is to certify that a true and correct copy of the foregoing **MOTION TO SEAL** is to be electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated:  March 4, 2020           *s/ Eric I. Abraham*
                     Eric I. Abraham, Esq.