

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**BRIAN GOLDBERG**

brian.goldberg@dechert.com
+1 215 994 2143  Direct
+1 215 655 2143  Fax

**VIA ECF**

The Honorable Brian Martinotti
United States District Court
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *Par Pharm., Inc. et al. v. Sandoz Inc.*,
           Civil Action No. 3:18-cv-14895-BRM-DEA

Dear Judge Martinotti:

We represent plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC (collectively, "Par") in the above-captioned suit. We are pleased to inform the Court that the parties have entered into a settlement agreement resolving all of the claims asserted in this case.

In conjunction therewith, the parties submit the attached Stipulation of Dismissal. If acceptable to Your Honor, the parties respectfully request that you "So Order" the stipulation and enter it on the docket. The parties are available to discuss the stipulation of dismissal should Your Honor have any concerns about it.

The parties thank Your Honor and Judge Arpert for all of your attention to this matter.

                        Respectfully submitted,

                        /s/ *Brian M. Goldberg*

                        Brian M. Goldberg

cc:    All Counsel of Record (via ECF and e-mail)
        Judge Douglas E. Arpert (via e-mail)