<u>**Exhibit A**</u>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC<br><br>      Plaintiff,<br><br>  v.<br><br>SANDOZ INC.<br><br>      Defendants. | C.A. No. 18 CV 14895-BRM-DEA |

**STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiff and Defendant hereby stipulate and agree that the above action, including all claims, counterclaims, and affirmative defenses, are dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

SO STIPULATED:

Dated: June 16, 2020

| | |
|---|---|
| */s/ Eric I. Abraham*_____ | */s/ Robert D. Rhoad*_____ |
| Eric I. Abraham | Robert D. Rhoad |
| Hill Wallack | Dechert LLP |
| 21 Roszel Road | 502 Carnegie Center, Suite #104 |
| Princeton, NJ 0540 | Princeton, NJ 08540 |
| Tel: 609-924-0808 | Tel: 609-955-3200 |
| eabraham@hillwallack.com | Robert.rhoad@dechert.com |
| | |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| Sandoz Inc. | Par Pharmaceutical Inc. |
| | Par Sterile Products, LLC |
| | Endo Par Innovation Company, LLC |

SO ORDERED this ____ day of June 2020

_____

Brian R. Martinotti, United States District Judge

30574041